IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERNEST J. CONNOR : CIVIL ACTION
:
    v. :
:
ERIC HOLDER, et al. : NO. 10-2638

ORDER

AND NOW, this 21st day of October, 2010, upon consideration of the defendants' Motion to Substitute the United States of America as Defendant and to Dismiss or, Alternatively, for Summary Judgment (Docket No. 10), and the plaintiff's opposition thereto, IT IS HEREBY ORDERED that:

    1. The claims against the individual defendants are DISMISSED and the United States is SUBSTITUTED as the sole defendant in this action. The caption shall be amended accordingly.

    2. The claims against the United States are DISMISSED. This case is closed.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.